UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALY HARP,

    Plaintiff,

v.

CHASE BANK USA, N.A., and
JP MORGAN CHASE BANK, N.A.,

    Defendants.
_____/

Case No. 2:18-cv-10067-GAD-APP
Honorable Gershwin A. Drain
Mag. Anthony P. Patti

HADOUS|CO. PLLC
Nemer N. Hadous (CA #264431)
1 Parklane Blvd., Suite 729 East
Dearborn, Michigan 48126
(313) 415-5559 (office)
(888) 450-0687 (fax)
nhadous@hadousco.com
Attorneys for Plaintiff

## NOTICE OF SETTLEMENT

Plaintiff Aly Harp, ("Plaintiff"), by counsel, and pursuant to Mich. LR 41.1, respectfully submits this Notice of Settlement with Defendants Chase Bank USA, N.A. and JP Morgan Chase Bank, N.A. (collectively, the "Parties"), stating:

    1.    The Parties have agreed to the essential terms of settlement.

2. The Parties anticipate the settlement process will take approximately 30 days to complete, and will promptly file a notice of dismissal with prejudice once the settlement is finalized.

3. Since there are no other named defendants, this settlement will fully resolve this action.

RESPECTFULLY SUBMITTED this 20th day of June 2018,

HADOUS|CO. PLLC

/s/Nemer N. Hadous
Nemer N. Hadous (CA #264431)
1 Parklane Blvd., Suite 729 East
Dearborn, Michigan 48126
(313) 415-5559 (office)
(888) 450-0687 (fax)
nhadous@hadousco.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify on June 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.  Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

RESPECTFULLY SUBMITTED this 20th day of June 2018,

HADOUS|CO. PLLC

/s/Nemer N. Hadous
Nemer N. Hadous (CA #264431)
1 Parklane Blvd., Suite 729 East
Dearborn, Michigan 48126
(313) 415-5559 (office)
(888) 450-0687 (fax)
nhadous@hadousco.com
Attorneys for Plaintiff