UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALY HARP,

    Plaintiff,

v.

CHASE BANK USA, N.A., and
JP MORGAN CHASE BANK, N.A.,

    Defendants.
_____/

Case No. 2:18-cv-10067-GAD-APP
Honorable Gershwin A. Drain
Mag. Anthony P. Patti

## STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS CHASE BANK USA AND JP MORGAN CHASE BANK WITH PREJUDICE

Plaintiff Aly Harp, ("Plaintiff"), and Defendants Chase Bank USA, N.A. and JP Morgan Chase Bank, N.A. ("Defendant"), by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this stipulation of dismissal of Defendants, with prejudice, and without costs or attorney fees to either party.

Since there are no other defendants, this dismissal fully resolves this action.

**RESPECTFULLY SUBMITTED** this 20th day of September 2018,

| HADOUS|CO. PLLC | FAEGRE BAKER DANIELS LLP |
|---|---|
| /s/Nemer N. Hadous | /s/Ryan G. Milligan (w/consent) |
| Nemer N. Hadous (P82285) | Ryan G. Milligan (P81435) |
| Attorneys for Plaintiff Harp | Attorney for Defendants Chase |

## ORDER OF DISMISSAL OF DEFENDANTS
## CHASE BANK USA AND JP MORGAN CHASE BANK WITH PREJUDICE

The Court having received the parties' Stipulation of Dismissal, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendants Chase Bank USA, N.A. and JP Morgan Chase Bank, N.A., shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

                                                s/Gershwin Drain
                                                Honorable Gershwin A. Drain
                                                United States District Court Judge

Dated:  September 24, 2018